■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER D. GRAHAM, Appellant. [739 NYS2d 307] —Appeal from a judgment of Jefferson County Court (Clary, J.), entered April 21, 1999, convicting defendant after a jury trial of, inter alia, rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant contends that he was denied a fair trial by prosecutorial misconduct on summation. By failing to object to the alleged instances of misconduct, defendant has failed to preserve his contention for our review (*see*, CPL 470.05 [2]), and we decline to exercise our power to review defendant's contention as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). Defendant further contends that County Court erred in granting the prosecutor's motion in limine seeking to limit cross-examination of the victim concerning certain pending charges. Defendant, however, stated in response to the prosecutor's motion that he did not intend to cross-examine the victim concerning the facts underlying her arrest, and that part of the court's order precluding defendant from cross-examining the victim with respect to the fact that she was arrested was proper (*see, People v Miller,* 91 NY2d 372, 380). In any event, any error is harmless (*see, People v Mastin*, 261 AD2d 892, 894, *lv denied* 93 NY2d 1022). Present—Pine, J.P., Wisner, Scudder, Burns and Gorski, JJ.